PROB 12C
(7/93)

Report Date: May 14, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 17 2010

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Lloyd Charlton           Case Number: 2:08CR02145-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 8/6/2007

Original Offense: Bringing in Aliens Without Presentation and Aiding and Abetting,
8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2

Original Sentence: Prison - 15 Months;            Type of Supervision: Supervised Release
TSR - 24 Months

Asst. U.S. Attorney: Robert A. Ellis              Date Supervision Commenced: 5/22/2008

Defense Attorney: James Becker                    Date Supervision Expires: 5/21/2010

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: Mr. Charlton was terminated from his employment at the Nob Hill Bowling on May 1, 2010.

According to a manager at the Nob Hill Bowling, Mr. Charlton was terminated from his employment for failure to report for work.

2 | **Standard Condition # 3**: The defendant answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Charlton failed to report as instructed on May 3, 2010.

On April 29, 2010, Mr. Charlton was instructed to report on May 3, 2010, to the U.S. Probation Office to discuss a payment plan for his electronic monitoring bill. To this date, Mr. Charlton has yet to report as instructed.

Prob12C
Re: Charlton, Adam Lloyd
May 14, 2010
Page 2

| | |
|---|---|
| 3 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |

**Supporting Evidence**: Mr. Charlton failed to submit his monthly report form within the first 5 days for the month of May 2010.

As of May 14, 2010, Mr. Charlton has yet to submit his monthly report form.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/14/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

May 17 2010
Date