PROB 12B
(7/93)

Report Date: August 24, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 5 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Adam Lloyd Charlton                Case Number: 2:08CR02145-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 8/6/2007                  Type of Supervision: Supervised Release

Original Offense: Bringing in Illegal Alien Without  Date Supervision Commenced: 7/13/2010
Presentation and Aiding and Abetting, 8 U.S.C. §
1324(a)(2)(B)(iii) and 18 U.S.C. § 2

Original Sentence: Prison - 15 Months; TSR - 24      Date Supervision Expires: 7/12/2012
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall complete 120 hours of community service work, at the rate of not less than 40 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than December 1, 2011. Upon obtaining employment, the hours may be suspended by your supervising probation officer.

### CAUSE

On May 23, 2011, Mr. Charlton was cited for third degree driving with license suspended and failed to report the incident to his supervising probation officer. As a result of his noncompliant behavior, the defendant agreed to complete 120 hours of community service as noted above.

It should be noted that Mr. Charlton was a STEP participant but chose to drop out of the program on June 28, 2011, rather than follow the recommendation of the STEP team that he complete 15 hours of community service until employed. While in STEP he failed to comply with the rules of the program on numerous occasions and received the following sanctions: verbal reprimand; writing assignment; community services hours; 1 day jail; perfect behavior contract; observe revocation hearing; and 3 days jail. Mr. Charlton continues to remain unemployed and this officer believes the above condition will provide him with the motivation he needs to find a job.

Should the Court concur, enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/24/2011

Jose Vargas

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____ USDJ
Signature of Judicial Officer
for Wm Fremming Nielsen USDJ

8/25/11
Date